ERIC GRANT
United States Attorney
Robert Abendroth
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-MJ-00143 |
| Plaintiff, | ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| CURT MICHAEL TARAS, | |
| Defendant. | |

Upon consideration of the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter the Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

IT IS THEREFORE FOUND AND ORDERED.

1. The date of the preliminary hearing is reset for November 13, 2025, at 2:00 p.m.

2. The time between October 30, 2025, and November 13, 2025, shall be excluded from

calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. The defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: October 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2